1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  BENJAMIN TOLKOFF (NYBN 4294443)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        Benjamin.Tolkoff@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,            )   No. CR 14-152 T.E.H.
14                                      )              MODIFIED
            Plaintiff,                  )   **STIPULATION AND [PROPOSED] ORDER TO**
15                                      )   **CONTINUE TRIAL DATES AND EXCLUDE**
        v.                              )   **TIME UNDER SPEEDY TRIAL ACT**
16                                      )
   DOUGLAS KIDD,                        )
17                                      )   Date: June 23, 2015 to September 22, 2015
            Defendant.                  )   Time: 9:00 a.m.
18                                      )

19
        At the last appearance before the Court trial was scheduled for June 23, 2015 with a pretrial
20
   conference to be held on June 8, 2015.  Based on discussion between defense counsel and the
21
   government the scheduled trial dates are not feasible as defense counsel intends to file motions to
22
   suppress statements and evidence which could not reasonably be completed by June 23, 2015 taking into
23
   account the exercise of due diligence.
24
        The parties therefore respectfully request that this matter be continued until September 22, 2015
25
                                                        11:00 a.m.
   with a pretrial conference to be held on September 8, 2015 at 3:00 p.m.  The parties have conferred with
26
   the Court's Courtroom Deputy and were informed that these dates are available for the Court.
27
        The parties stipulate that there is good cause for this continuance and that failure to grant the
28

STIP. & PROP. ORD. TO CONTINUE TRIAL
US V. KIDD, CR 14-152 THE              1


1  continuance and exclude the time between June 23, 2015 and September 22, 2015 would unreasonably
2  deny defense counsel and counsel for the government the reasonable time necessary for effective
3  preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The
4  parties further stipulate that the ends of justice served by continuing this matter and excluding the time
5  between June 23, 2015 and September 22, 2015 from computation under the Speedy Trial Act outweigh
6  the best interests of the public and the defendant in a speedy trial.
7  SO STIPULATED.
8  Date:  April 15, 2015.                                    MELINDA HAAG
                                                              United States Attorney

                                                              /s/
                                                              _____
                                                              BENJAMIN TOLKOFF
                                                              Assistant United States Attorney

12 Date:  April 15, 2015.
                                                              /s/
                                                              _____
                                                              ANTHONY LOWENSTEIN
                                                              Attorney for DOUGLAS KIDD

15 //

STIP. & PROP. ORD. TO CONTINUE TRIAL
US V. KIDD, CR 14-152 THE                          2

|   |   |
|---|---|
| 1 | the Court Based upon the representation of counsel and for good cause shown, hereby continues the trial |
| 2 | dates in the captioned matter from June 23, 2015 to September 22, 2015.  The Court finds that failing to |
| 3 | exclude the time between June 23, 2015 and September 22, 2015 would unreasonably deny defense |
| 4 | counsel and counsel for the government the reasonable time necessary for effective preparation, taking |
| 5 | into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that |
| 6 | the ends of justice served by continuing this matter and excluding the time between June 23, 2015 and |
| 7 | September 22, 2015 from computation under the Speedy Trial Act outweigh the best interests of the |
| 8 | public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the trial in this |
| 9 | matter is continued from June 23, 2015 to September 22, 2015, with a pretrial conference to be held on |
| 10 | September 8, 2015. at 11:00 a.m.  It is further ORDERED that time between June 23, 2015 and September 22, 2015 |
| 11 | shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv). |
| 12 | SO ORDERED. |
| 13 |  |
| 14 | Date: April  16, 2015. |

IT IS SO ORDERED AS MODIFIED

Judge Thelton E. Henderson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIP. & PROP. ORD. TO CONTINUE TRIAL
US V. KIDD, CR 14-152 THE                                  3