UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DOUGLAS KIDD,<br><br>    Defendant | CASE NO. CR-14-152-TEH<br><br>[~~PROPOSED~~] ORDER TO CONTINUE TRIAL DATES AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT<br><br>Date: September 22, 2015 to October 27, 2015<br>Time: 9:00 a.m.<br>Judge: Hon. Thelton Henderson |

## ORDER

Based upon the representation of counsel and for good cause shown, the Court hereby continues the trial dates in the captioned matter from September 22, 2015 to October 27, 2015. The Court finds that failing to exclude the time between September 22, 2015 and October 27, 2015 would unreasonably deny defense counsel and counsel for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by continuing this matter and excluding the time between September 22, 2015 and October 27, 2015 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the trial in this matter is continued from September 22, 2015 to October 27, 2015, with a pretrial conference to be held on October 19, 2015. It is further ORDERED that time between September 22, 2015 and October 27, 2015 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).   IT IS SO ORDERED.

July 20, 2015

                                            */s/ Thelton Henderson*_____<br>
                                        HON. THELTON HENDERSON<br>
                                        UNITED STATES DISTRICT JUDGE