UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

                Plaintiff,

      v.

KIDD,

                Defendant.

Case No. 14-cr-00152-TEH-1

**ORDER EXTENDING SELF-SURRENDER DATE**

Defendant Douglas Kidd has requested a one-month extension of his January 19, 2016 self-surrender date.  In opposition, the government correctly observes that the motion is procedurally improper because it was filed by Mr. Kidd and not his counsel of record, and also that the Court considered many of the reasons in Mr. Kidd's request when it set the original self-surrender date.  Nonetheless, after careful consideration, the Court now GRANTS Mr. Kidd's request to extend his surrender date to **February 19, 2016**. Mr. Kidd shall surrender to the United States Marshal for this district no later than 2:00 PM on that date.  Mr. Kidd is advised that failure to surrender as required constitutes a separate criminal offense under 18 U.S.C. § 3146 and is punishable by additional imprisonment, and that no further requests for extension will be considered.

**IT IS SO ORDERED.**

Dated:   01/11/16

_____

THELTON E. HENDERSON
United States District Judge